[No. 51207-2-I. Division One. March 22, 2004.]

TURNER CONSTRUCTION COMPANY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 02-2-03034-3, Gregory P. Canova, J., entered December 21, 2001 and September 11, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J., and Schindler, J.

[No. 51317-6-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE PEREZ-RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04776-5, Steven G. Scott, J., entered October 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51361-3-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JASON TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01306-4, Philip G. Hubbard, Jr., J., entered November 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51380-0-I. Division One. March 22, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAMON LEON VICTOR McVEA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01880-3, Ellen J. Fair, J., entered October 11, 2002. *Affirmed* by unpublished per curiam opinion.